```
               IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

| | |
|---|---|
| DANIEL BRUCE JONES,           * | |
|     Plaintiff,           * | |
| vs.                           * | CASE NO. 4:08-CV-130 (CDL) |
| CLAY COUNTY SHERIFF'S         * | |
| DEPARTMENT, et al.            * | |
|     Defendants.           * | |

## ORDER ON RECOMMENDATION OF DISMISSAL

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on September 23, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 6th day of November, 2008.

                                             S/Clay D. Land
                                                CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE